IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER P. YANKO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84798



FILED

JUN 2 4 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus seeking either the dismissal of a criminal case or the granting of a new trial.

This court has original jurisdiction to issue writs of mandamus, and the issuance of such extraordinary relief is within this court's sole discretion. *See* Nev. Const. art. 6, § 4; *D.R. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736-37 (2007). Petitioner bears the burden to show that extraordinary relief is warranted, and such relief is proper only when there is no plain, speedy, and adequate remedy at law. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004).

Although petitioner provided a brief affidavit wherein he references a jury trial and the allegedly improper admission of evidence, he has not provided this court with any record or documentation in support of his claims and necessary for this court's consideration of the petition. *See* NRAP 21(a)(4) (providing that petitioner shall submit an appendix containing all documents "essential to understand[ing] the matters set forth

in the petition"). We conclude that petitioner has failed to demonstrate our intervention by extraordinary writ is warranted. Further, to the extent that petitioner has counsel, he must proceed by and through counsel of record. Therefore, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Alexander P. Yanko
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk